IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | |
| Plaintiff, | Civil Action No._____-cv-_____ |
| v. | |
| **LOCKHEED MARTIN CORPORATION,** and **AEROJET ROCKETDYNE HOLDINGS, INC.** | TRO Decision Needed By: 11:59 p.m. on January 26, 2022 |
| Defendants. | |

## PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER

Plaintiff, the Federal Trade Commission (the "Commission"), has filed this action seeking an order preliminarily enjoining the proposed acquisition of Defendant Aerojet Rocketdyne Holdings, Inc. ("Aerojet") by Defendant Lockheed Martin Corporation ("Lockheed") as a violation of Section 5 of the FTC Act, 15 U.S.C. § 18.  In the absence of temporary relief, Defendants would be able to consummate the proposed acquisition after 11:59 p.m. Eastern Time on January 26, 2022.  However, the parties have stipulated to a temporary restraining order under which Defendants will not consummate the proposed transaction until after 11:59 p.m. Eastern Time on the fifth business day after the Court rules on Plaintiff's motion for a preliminary injunction.  The stipulation is attached hereto.

Plaintiff respectfully moves the Court for entry of a temporary restraining order consistent with the parties' stipulation.  In accordance with Local Rule 7(m), counsel for the Commission discussed the motion with counsel for the Defendants.  Defendants do not oppose

1

this motion.

    A proposed order is attached.

Dated: January 25, 2022　　　　　　　　　Respectfully Submitted,

*[signature]*

Jonathan H. Lasken
D.C. Bar # 997251
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2064
Email: jlasken@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2022, I served the forgoing on the following counsel via electronic mail:

Charles Loughlin
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5661
chuck.loughlin@hoganlovells.com

Jon Dubrow
McDermott Will & Emery LLP
500 North Capitol St., NW
Washington, DC 20001
(202) 756-8122
jdubrow@mwe.com

*Counsel for Lockheed Martin Corporation*

Eric Mahr
Freshfields Bruckhaus Deringer US LLP
700 13th St., NW
Washington, DC 20005
(202) 777-4545
Eric.Mahr@freshfields.com

Meghan Rissmiller
Freshfields Bruckhaus Deringer US LLP
700 13th St., NW
Washington, DC 20005
(202) 777-4514
Meghan.Rissmiller@freshfields.com

*Counsel for Aerojet Rocketdyne Holdings, Inc*

Jonathan H. Lasken
*Attorney for Plaintiff Federal Trade Commission*