UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**LOCKHEED MARTIN CORPORATION,** and **AEROJET ROCKETDYNE HOLDINGS, INC.**<br><br>　　　　Defendants. | Civil Action No. 22-174 (RDM) |

## TEMPORARY RESTRAINING ORDER

　　Whereas, Plaintiff, the Federal Trade Commission (the "Commission"), filed its Complaint in this matter on January 25, 2022, seeking, among other relief, a temporary restraining order and preliminary injunction enjoining Defendant Lockheed Martin Corporation ("Lockheed") from consummating its proposed acquisition of Aerojet Rocketdyne Holdings, Inc. ("Aerojet") (the "Proposed Acquisition");

　　Whereas, in the absence of temporary relief, Defendants would be able to consummate the Proposed Acquisition after 11:59 p.m. Eastern Time on January 26, 2022; and

　　Whereas the parties have agreed that Defendants will not consummate the Proposed Acquisition until after 11:59 p.m. Eastern Time on the fifth business day after the Court rules on Plaintiff's motion for a preliminary injunction, pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b);

　　NOW, THEREFORE, IT IS

1

ORDERED, that Lockheed and Aerojet shall not consummate this transaction until after either (a) 11:59 p.m. Eastern Time on the fifth business day after the Court rules on Plaintiff's motion for a preliminary injunction, pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b) or (b) the day after dismissal of this action by the Commission, whichever occurs first; and it is further

ORDERED, that in connection with the paragraph immediately above, Lockheed and Aerojet shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, the Proposed Acquisition.

**SO ORDERED**.

_____
RANDOLPH D. MOSS
United States District Judge

Date:  January 25, 2022

NAMES OF PERSONS TO BE SERVED

Jonathan Lasken, Esq.
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
jlasken@ftc.gov
(202) 326-2604

*Counsel for Plaintiff Federal Trade Commission*

Charles Loughlin
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5661
chuck.loughlin@hoganlovells.com

Jon Dubrow
McDermott Will & Emery LLP
500 North Capitol St, NW
Washington, DC 20001
(202) 756-8122
jdubrow@mwe.com

*Counsel for Lockheed Martin Corporation*

Eric Mahr
Freshfields Bruckhaus Deringer US LLP
700 13th St., NW
Washington, DC 20005
(202) 777-4545
Eric.Mahr@freshfields.com

Meghan Rissmiller
Freshfields Bruckhaus Deringer US LLP
700 13th St., NW
Washington, DC 20005
(202) 777-4514
Meghan.Rissmiller@freshfields.com

*Counsel for Aerojet Rocketdyne Holdings, Inc.*