AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:22-cv-00174 |
| LOCKHEED MARTIN CORPORATION, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                                              .

Date:      02/09/2022

/s/ Dylan P. Naegele
*Attorney's signature*

Dylan P. Naegele (DC 1670918)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
*Address*

dnaegele@ftc.gov
*E-mail address*

(202) 326-2433
*Telephone number*

(202) 326-2655
*FAX number*

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2022, I electronically filed the foregoing using the

United States District Court for the District of Columbia's CM/ECF system. I certify that all

participants in the case are registered CM/ECF users and that service will be accomplished by

the CM/ECF system.


/s/ Dylan P. Naegele
Dylan P. Naegele

*Attorney for Plaintiff Federal Trade Commission*