# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**

        Plaintiff,

v.

**LOCKHEED MARTIN CORPORATION,** and **AEROJET ROCKETDYNE HOLDINGS, INC.**

        Defendants.

Civil Action No. 22-cv-00174

## STIPULATION OF DISMISSAL

In view of Defendants' withdrawal of their Hart-Scott-Rodino Notification and Report Forms for this proposed transaction on February 14, 2022, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice its claims asserted in this action against Defendants. Defendants stipulate to the dismissal of these claims.

Date:  February 14, 2022

Respectfully submitted,

| | |
|---|---|
| /s/Jonathan Lasken | /s/*Charles Loughlin* |
| Jonathan Lasken | Charles Loughlin (D.C. Bar  448219) |
| Stephen Mohr | Benjamin Holt (D.C. Bar 483122) |
| James Weiss | Hogan Lovells US LLP |
| Lisa De Marchi Sleigh | Columbia Square |
| M. Hasan Aijaz | 555 Thirteenth Street, NW |
| Yan Gao | Washington, D.C. 20004 |
| Andrew Heimert | (202) 637-5661 |
| Jacqueline Mendel | chuck.loughlin@hoganlovells.com |
| Robert Sanborn | benjamin.holt@hoganlovells.com |

1

Catherine Sanchez
Christine Tasso
James Southworth
Nicholas Widnell

FEDERAL TRADE COMMISSION
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
(202) 326-3296
jlasken@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

Jon B. Dubrow (D.C. Bar 442479)
Gregory E. Heltzer (D.C. Bar 488607)
Lisa P. Rumin (D.C. Bar 1020986)
McDermott Will & Emery LLP
500 North Capitol St, NW
Washington, DC 20001
(202) 756-8122
jdubrow@mwe.com
gheltzer@mwe.com
lrumin@mwe.com

*Counsel for Lockheed Martin Corporation*

/s/ *Eric Mahr*
Eric Mahr (D.C. Bar 459350)
Meghan Rissmiller (D.C. Bar 01741178)
Freshfields Bruckhaus Deringer US LLP
700 13th St., NW
Washington, DC 20005
(202) 777-4545
eric.mahr@freshfields.com
meghan.rissmiller@freshfields.com

*Counsel for Aerojet Rocketdyne Holdings, Inc.*

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2022 I electronically filed the foregoing using the United States District Court for the District of Columbia's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/Jonathan H. Lasken_____
Jonathan H. Lasken